IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOWEN, MICLETTE & BRITT OF §
FLORIDA, LLC f/k/a HUCKLEBERRY §
ACQUISITION CO., LLC, a Texas limited §
liability company, §
§ Case No. 6:12-cv-493-Orl-28KRS
*Plaintiff*, §
§
v. §
§
BENJAMIN C. SIBLEY, §
§
*Defendant*. §

## JOINT STATEMENT

Plaintiff Bowen, Miclette & Britt of Florida, LLC f/k/a Huckleberry Acquisition Co, LLC ("BMBF") and Defendant Benjamin C. Sibley submit this Joint Statement in response to the Court's April 29, 2014 Order [Doc. No. 41]. The parties agree the discharge order Sibley received in Case No. 6:12-bk-12167-KSJ [Doc. No. 74] precludes BMBF from continuing this lawsuit. BMBF, therefore, does not oppose the dismissal of its claims against Sibley in light of the bankruptcy discharge order.

Respectfully submitted,

/s/ William S. Helfand
**William S. Helfand, Esquire**
Attorney-in-Charge, Trial Counsel
Texas State Bar No. 09388250
**Kellen R. Scott, Esquire**
Texas State Bar No. 24070579
Chamberlain, Hrdlicka, White,
Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

1

**Lynn James Hinson**
Florida Bar No. 0173927
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
800 North Magnolia Avenue, Suite 1500
Orlando, Florida 32803
Telephone: (407) 841-1200
Facsimile: (407) 423-1831

**ATTORNEYS FOR PLAINTIFF**

*/s/ Benjamin C. Sibley*
Benjamin C. Sibley, *pro se*
Email: craigs@brginsbonds.com

**DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the following party received the foregoing document via email:

Email: craigs@brginsbonds.com
Benjamin C. Sibley, *pro se*

/s/ Kellen R. Scott
**Kellen R. Scott, Esquire**
Texas State Bar No. 24070579
Chamberlain, Hrdlicka, White,
   Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
Email: Kellen.Scott@chamberlainlaw.com
**ATTORNEYS FOR PLAINTIFF**

1543964_1